## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Verterine Freeman, | Civil No. 07-4407 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Wal-Mart Stores, Inc., a foreign corporation, | |
| Defendant. | |

Having been advised of the serious health condition of the Plaintiff, and with the concurrence of counsel, **IT IS ORDERED:**

1. This matter is **STRICKEN** from the April, 2009 trial calendar, and the Order (Doc. No. 14) regarding submission of trial materials is **VACATED**; and

2. By April 20, 2009, Plaintiff's counsel shall advise the Court and opposing counsel of the health condition of the Plaintiff.

Dated:  March 17, 2009

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge