**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| Diane Ray, Jamille Pearson, and Gayle Clark, as special administrators for the Estate of Verterine Freeman,<br><br>Plaintiffs,<br><br>vs.<br><br>Wal-Mart Stores, Inc.,<br><br>Defendant. | Civil No. 07-4407 (RHK/JSM)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Based upon the parties' Stipulation for Dismissal With Prejudice (Doc. No. 29), **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: January 21, 2010

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge